IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLOYD SELTZER, JR., <br> **Plaintiff** | : | No. 3:24cv1142 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SOUTH MANHEIM TOWNSHIP, by and through their elected officials, JOHN BRENNAN, SALVADOR INGAGLIO, and CHRISTY JOY and ROADMASTER KERBY LEWIS <br> **Defendant** | : : : : : : | |

..............................................................................................................

## ORDER

**AND NOW**, to wit, this \_\_\_\_ day of April 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion to dismiss (Doc. 9) is **GRANTED** in part and **DENIED** in part;

2) Defendants' motion is **GRANTED** as to Plaintiff Floyd Seltzer, Jr's claims regarding the alleged violations of his Fourteenth Amendment substantive and procedural due process rights alleged in Count 1 of the complaint;

3) Plaintiff's substantive and procedural due process claims are **DISMISSED** without prejudice and plaintiff may file a motion to amend regarding these claims within thirty (30) days of the date of this order;

4) Should plaintiff fail to file a motion to amend within this time frame, the dismissal of his substantive and procedural due process claims will convert to a dismissal with prejudice;

5) Defendants' motion is **GRANTED** as to plaintiff's state law claims asserted in Counts 3-7 of the complaint and those claims are **DISMISSED** with prejudice;

6) Defendants' motion is **GRANTED** regarding plaintiff's claim for punitive damages against Defendant South Manheim Township; and

7) Defendants' motion is **DENIED** in all other respects;

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court